IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| SHI INTERNATIONAL, CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number: _1:12cv 631 GBL/TCB_ |
| | ) | |
| SOFTWARE ONE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## FINANCIAL DISCLOSURE STATEMENT OF
## DEFENDANT SOFTWAREONE, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Local Rules

of this Court, and to enable Judges and Magistrate Judges to evaluate possible disqualification or

recusal, the undersigned counsel for Defendant SoftwareONE, Inc. in the above captioned action,

certifies that it has no parent companies and that no publicly held corporation currently owns

10% or more of its common stock.

SOFTWAREONE, INC.

By _[signature]_
Of Counsel

David E. Constine, III, VSB No. 23223
Laura D. Windsor, VSB No. 70354
Troutman Sanders LLP
1001 Haxall Point
P. O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1200
FAX: (804) 697-1339
david.constine@troutmansanders.com
laura.windsor@troutmansanders.com

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2012, a true copy of the foregoing Financial

Disclosure Statement was sent via Federal Express to the following:

> Eric Crusius, Esq.
> ecrusius@centreconsult.com
> 1953 Gallows Road
> Suite 650
> Vienna, VA 22182
> (703) 288-2800
> Fax: (703) 288-4868

David E. Constine, III, VSB No. 23223
Laura D. Windsor, VSB No. 70354
Troutman Sanders LLP
1001 Haxall Point
P. O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1200
FAX: (804) 697-1339
david.constine@troutmansanders.com
laura.windsor@troutmansanders.com

> Counsel for Defendant