IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| SHI INTERNATIONAL, CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number:  1:12cv631 |
| | ) | |
| SOFTWARE ONE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

---

## STIPULATION OF DISMISSAL

---

COMES NOW SHI International Corp., by its counsel and Defendant Software One, Inc., by its counsel, and stipulate that all claims be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorney's fees and costs.

Date:            /                /

_____

United States District Court Judge

We Ask For This:


SHI INTERNATIONAL, CORP.
By:  /s/ Eric Crusius
Eric Crusius, Esq.
ecrusius@centreconsult.com
1953 Gallows Road
Suite 650
Vienna, VA 22182
(703) 288-2800
Fax: (703) 288-4868
   Counsel for Plaintiff

SOFTWAREONE, INC.
By: /s/ Laura D. Windsor
David E. Constine, III, VSB No. 23223
david.constine@troutmansanders.com
Laura D. Windsor, VSB No. 70354
laura.windsor@troutmansanders.com
Troutman Sanders LLP
1001 Haxall Point; P. O. Box 1122
Richmond, Virginia 23218-1122
Phone: (804) 697-1200
Fax: (804) 697-1339

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will then send a notification of such filing (NEF) to the following:

Eric Crusius, Esq.
ecrusius@centreconsult.com
1953 Gallows Road
Suite 650
Vienna, VA 22182
(703) 288-2800
Fax: (703) 288-4868
    Counsel for Plaintiff

SOFTWAREONE, INC.
By: /s/ Laura D. Windsor
David E. Constine, III, VSB No. 23223
david.constine@troutmansanders.com
Laura D. Windsor, VSB No. 70354
laura.windsor@troutmansanders.com
Troutman Sanders LLP
1001 Haxall Point; P. O. Box 1122
Richmond, Virginia 23218-1122
Phone: (804) 697-1200
Fax: (804) 697-1339

20165322v1